Boise Cascade Corporation, Plaintiff-Appellee, *v.* Libertyville Federal Savings and Loan Association, Defendant-Appellant.

(No. 71-273;

Second District—February 13, 1973.

774

Opinion by Mr. JUSTICE ABRAHAMSON.

Wasneski, Yastrow, Kuseki & Flanigan, of Waukegan, (Wayne B. Flanigan, of counsel,) for appellant.

Bell, Boyd, Lloyd, Haddad & Burns, of Chicago, for appellee.